IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KENNEDY LEWIS, JR., )
)
    Plaintiff, )
)
v. ) 1:04CV643
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
    Defendant. )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 18, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment [Document # 12] is GRANTED, that the Commissioner's Motion for Judgment on the Pleadings [Document # 14] is DENIED, that the Commissioner's decision is REVERSED, and that this action is REMANDED to the Commissioner under 42 U.S.C. § 405(g) for proceedings consistent with the Magistrate Judge's Recommendation. To the extent that Plaintiff seeks an immediate award of benefits by this Court, that request is DENIED.

This, the <u>28th</u> day of September, 2005.

                                                  _____
                                                United States District Judge